# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DONALD DUNCAN, | § |
| *Plaintiff*, | § Case No. 2:16-CV-01121-JRG-RSP |
| v. | § |
| E. W. WYLIE CORPORATION, | § |
| *Defendant*. | § |

## ORDER

Before the Court are Defendant's Motion to Change Venue (Dkt. No. 5), Defendant's Motion to Amend the Motion to Change Venue (Dkt. No. 11), and Defendant's Supplemental Motion to Change Venue (Dkt. No. 19). Defendant's motion to amend (Dkt. No. 11) is **GRANTED**. After considering the relevant venue factors, the Court finds that the Tyler division would be clearly more convenient than this division. *See In re Volkswagen of Am., Inc.*, 545 F.3d 304, 312 (5th Cir. 2008) ("*Volkswagen II*"); *In re Volkswagen AG*, 371 F.3d 201, 203 (5th Cir. 2004) ("*Volkswagen I*"). Accordingly, Defendant's Motions to Change Venue (Dkt. Nos. 5 and 19) are **GRANTED**. The clerk is directed to immediately transfer this action to the Tyler division.

**SIGNED this 1st day of May, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE